**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NATHANIEL SONKISS,

    Plaintiff,

v.                                     Case No. 09-CV-14754-DT

ENCOMPASS INSURANCE COMPANY,

    Defendant.
                                                       /

**ORDER SETTING BRIEFING DEADLINES**

On January 4, 2010, the court conducted a scheduling conference in the above-captioned matter.  During the conference, Plaintiff's counsel indicated that Plaintiff would be filing a motion to remand, to which Defendant indicated it would be able to respond in short order.  The parties agreed on the specific dates on which to file their respective briefs.  Accordingly,

IT IS ORDERED that Plaintiff shall file any motion to remand by **January 8, 2010**.  Defendant's response shall be filed by **January 22, 2010**.  Any reply, which is optional, shall be filed by **January 29, 2010**.  Unless otherwise ordered, the court will not conduct a hearing on the motion.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated:  January 7, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 7, 2010, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522